1  MICHAEL E. ADAMS (SBN: 47278)
   LAW OFFICES OF MICHAEL E. ADAMS
2  702 Marshall Street, Suite 300
   Redwood City, CA 94063
3  Telephone: (650) 599-9463
   Fax:        (650) 599-9785
4
   Attorney for Plaintiff
5  SAMUEL J. SEPULVEDA



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL J. SEPULVEDA,<br><br>         Plaintiff,<br><br>    vs.<br><br>OLYMPUS AMERICA, INC., and<br>DOES 1 to 30,<br><br>         Defendants | Case No.  C 05 4067 BZ<br><br>**STIPULATION TO POSTPONE MEDIATION; ORDER** |

The parties hereto, by and through their undersigned counsel, hereby stipulate, subject to approval by the court, to postpone the mediation herein from May 3, 2006 to June 16, 2006.  The purpose for the postponement is to permit the conduct of certain initial discovery in order to enhance the prospects that the mediation might prove productive, and has been recommended by the designated mediator, Kerry M. Gough, following a telephone conference between Mr. Gough and the undersigned counsel.  The postponement would not impact on any other deadlines now set herein.  The stipulation is entered into by defense counsel with the understanding that if the Order to postpone the mediation is not approved by the Court by close of court on May 2, 2006, the mediation

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

1

Stipulation to Postpone Mediation; Order

1 | scheduled for May 3, 2006 will go forward.

2 | DATED: May 1, 2006                                          DATED: May 1, 2006

3

4 | */s/ Michael E. Adams*                                       */s/ Kathleen Maylin*

5 | MICHAEL E. ADAMS                                             KATHLEEN MAYLIN
Attorney for Plaintiff                                             Attorney for Defendant
SAMUEL J. SEPULVEDA                                                OLYMPUS AMERICA, INC.

6

7

8 | **ORDER**

9 | The parties so stipulating and good cause appearing,

10 | IT IS HEREBY ORDERED that the mediation herein is postponed from May 3, 2006 to

11 | June 16, 2006.

12 | DATED: May 2, 2006

13 | _____
HON. JAMES WARE
14 | U.S. DISTRICT JUDGE

Law Offices Of
Michael E. Adams
702 Marshall St., #300
Redwood City CA 94063
(650) 599-9463

2

Stipulation to Postpone Mediation; Order