**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Samuel Sepulveda, | NO. C 05-04067 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Olympus America, Inc., | |
| Defendant. | |

Pursuant to the Court's January 10, 2007 Order Granting Defendant's Motion for Summary Judgment, dismissing Counts 1 and 2, and the remaining claims having been voluntarily dismissed, judgment is entered in favor of Defendant Olympus America, Inc., against Plaintiff Samuel Sepulveda.

The clerk shall close this file.

Dated: January 10, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Erika M. Barbara barbarae@jacksonlewis.com
Kathleen Maylin maylink@jacksonlewis.com
Michael Edward Adams equitist@earthlink.net

**Dated: January 10, 2007**                               **Richard W. Wieking, Clerk**

                                                          **By:  /s/ JW Chambers**
                                                               **Elizabeth Garcia**
                                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California